**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIE McRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS ROSS, Director of Public Safety for the Village of Bolingbrook, in his individual and official capacities; Deputy Chief KENNETH TEPPEL, in his individual and official capacities; Commander MICHAEL ROMPA, in his individual and official capacities; Lieutenant RICHARD HILLIARD, in his individual and official capacities; Commander DENNIS HESS, in his individual and official capacities; Supervisor LINDA LAKETA, in her individual and official capacities; the VILLAGE OF BOLINGBROOK, municipal corporation; and the VILLAGE OF BOLINGBROOK BOARD OF FIRE AND POLICE COMMISSIONERS; BARBARA PROVO, Chairwoman of the Board of Fire and Police Commissioners; MAJOR JONES, Vice-Chairman of the Board of Fire and Police Commissioners; PREM LALVANI, Secretary of the Board of Fire and Police Commissioners; SANDRA BALDASSANO, Member of the Board of Fire and Police Commissioners; MAURICE BINNS II, Member of the Board of Fire and Police Commissioners; RAY MACRI, Member of the Board of Fire and Police Commissioners: and, GRETCHEN SCHROETER, Member of the Board of Fire and Police Commissioners,<br><br>    Defendants. | No. 17 C 1588<br><br>Judge Marvin E. Aspen<br><br>Magistrate Judge Mary M. Rowland |

646029v1

## NOTICE OF MOTION

To: Laura L. Scarry
DeAno & Scarry, LLC
53 W. Jackson Boulevard, Suite 740
Chicago, IL 60604

PLEASE TAKE NOTICE THAT on May 11, 2017, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen in courtroom 2202, or any other judge residing in the courtroom usually occupied by him of the U.S. District Court, Northern District of Illinois, Eastern Division, and shall then and there present Defendants, Thomas Ross, Kenneth Teppel, Michael Rompa, Richard Hilliard, Dennis Hess, Linda Laketa and Village of Bolingbrook's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint.

ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.

By: /s/ Nikoleta Lamprinakos
Nikoleta Lamprinakos

Frank B. Garrett III (6192555) (fgarrett@robbins-schwartz.com)
Nikoleta Lamprinakos (6274018) (nlamprinakos@robbins-schwartz.com)
M. Elysia Baker (6308530) (ebaker@robbins-schwartz.com)
ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD.
55 West Monroe, Suite 800
Chicago, Illinois 60603-5144
312.332.7760
312.332.7768 – Facsimile

## CERTIFICATE OF SERVICE BY ELECTRONIC MAILING

I hereby certify that I electronically filed this Notice of Motion with the Clerk of the Court using the CM/ECF system on this 8th day of May, 2017, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

/s/ Nikoleta Lamprinakos
Nikoleta Lamprinakos

646029v1